UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jerry Worlds
    Plaintiff:

-V-

Howard J. Potash et.al
Jocelyn Z. DeLille et.al
306 Main Street Room 300
Worcester MA 01608

William Callahan et.al
Remax Advantage et.al
108 Grove Street
Worcester MA 01608

Eric Lang et.al
4 Coolidge Road
Worcester MA 01602
    Defendants:

CIVIL ACTION NO.

**03-40069-NMG**

*Complaint*

DOCKETED

    Now comes the Plaintiff Jerry Worlds of 8 Coolidge Road Worcester MA 01602 a Citizen of the United State of America against all Defendants in the above matter et.al and giving good reason.

1. On June 9th 2000 I Jerry Worlds and family purchased a home at 8 Coolidge Road. Next to my home was the home of a Ms. DeLille of 4 Coolidge Road Worcester MA 01602.

2. In a short time after moving into my new home I was encountered by Ms. DeLille and family about parking my gray van in back of my home. I was told by Ms. DeLille and family that she owned the driveway. At that time I chose not to say anything to Ms. DeLille and family because they appeared to want to attack me over the driveway.

3. On September 22, 2000 I Jerry Worlds begin looking into Ms. DeLille's claims that she owned the driveway at 4 and 8 Coolidge Road Worcester MA 01602 and found that she did not own the driveway but I Jerry Worlds owned the driveway by City of Worcester and by City Register of Deeds records.

4. Ms. DeLille hired Howard P. Potash to sue I Jerry Worlds in the Worcester Superior Court in a counter claim and received a judgment based on the facts that I am about to present to the United States District Court in my complaint.

RECEIPT # 464005
AMOUNT $ 150.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 4/4/03

Page 2.

Mr. Potash, could prove no set of facts that gave his client any rights to my land at 8 Coolidge Road Worcester MA 01602 by my Deed or Ms. DeLille's Deed. I Jerry Worlds hold a Master Deed as property lot 133 and Ms. DeLille held a Deed for lot 133-A by City records. Mr. Potash has violated my civil rights in his pursuit to help Ms. DeLille gain unlawful control of my property and gain damages without any case law giving Ms. DeLille rights to my land by Deed. The whole time that Mr. Potash handled the case for Ms. DeLille he has harassed me.

5. William Callahan, handled the sale of Ms. DeLille's home at 4 Coolidge Road Worcester MA 01602 as an agent for Remax Advantage 108 Grove Street Worcester MA 01608 on numerous occasions Mr. Callahan called the Worcester Police to have I Jerry Worlds removed from my property so that he could sell the rights to my land. In doing this Mr. Callahan violated my civil rights I own the property by Deed holding all rights to the land based on a fact that a previous owner gave up the rights to the easement.

6. Remax Advantage 108 Grove Street Worcester MA 01608 violated my civil rights after I informed them that William Callahan an employee of Remax Advantage was harassing I Jerry Worlds and calling the Worcester Police to have me removed off my property so that Mr. Callahan could sell the rights to my land. The owner of Remax Advantage did nothing to help protect I Jerry Worlds from Mr. Callahan's unlawful actions violating my civil rights.

7. Eric Lang holds the new Deed at 4 Coolidge Road Mr. Lang has expressed to I Jerry Worlds that he holds the rights to the land at 8 Coolidge Road Worcester MA 01602 by purchasing his property from Ms. Joceline Zenon of 4 Coolidge Road Worcester MA 01602. Ms. Joceline Zenon DeLille and her Real Estate Agent Mr. Callahan and Mr. Lang's Attorney assured Mr. Lang that he holds the rights to 8 Coolidge Road's land by Deed November 6th 2002 at 11:08 AM.

Looking at my Master Deed BK-22670 PG-323 Massachusetts in the first paragraph **The Grantor was the Veterans Affairs of the United States of America.**

In that same paragraph **Jerry Worlds and Marilyn Bello hereinafter called Grantees the following-described property situated in Worcester, Worcester County, in the Commonwealth of Massachusetts to wit:**

Looking at the last paragraph **Said Solomon and Grantees and their heirs and assigns."** This statement gives no future reference to **said Solomon but to the Grantees and their heirs and assigns which would be my children or whom I put in a Will. I Jerry Worlds and Marilyn Bello as the new Grantees were given all rights to the land at 8 Coolidge Road Worcester MA 01602 by Deed June 9th 2000 1:10PM.**

Looking at the second page of Deed BK- 22670 PG – 323 the first paragraph ( Said premises are conveyed subject to and together with easements, **restrictions and**

Page 3.

**agreements of record, if any, insofar as the (same are in force and effect. )** The agreement of record was with Mr. Solomon of 4 Coolidge Road **and is not in effect because the original agreement was with Mr. Solomon only according to the language in the master Deed of I Jerry Worlds and Marilyn Bello of 8 Coolidge Road Worcester MA 01602.** The language **if any, insofar as the same are in force and effect** only applies to Mr. Solomon **if he were alive and the same owner of 4 Coolidge Road Worcester MA 01602 Mr. Solomon would have the (same rights.)**

**With this type of Master Deed I have the (same agreement does not (run with the land)** the language in the Master Deed will not allow **Mr. Solomon's (same agreement to run with the land based on the language in the Master Deed) (restrictions and agreements of record, if any, insofar as the (same are in force and effect.)** This clearly shows **agreements of record were only with Mr. Solomon not future Owners of Lot 133A 4 Coolidge Road Worcester MA 01602 the Law will not allow Mr. Solomons ( same agreement to be in force and effect based in the language of the Master Deed of 8 Coolidge Road and a fact that a previous owner gave up the rights to the easement that Mr. Solomon had.**

The Defendant in this case Ms. Joceline Zenon DeLille is making false claims to the Court that she lost money on the sale of her home at 4 Coolidge Road Worcester MA 01602. **Exsample shown: In 1996 Ms. Zenon DeLille purchased her home at 4 Coolidge Road Worcester MA 01602 for the amount of ($72,000).** Then on the 30th Day of September 2002 she sold her home for the amount of **($151,000) making a ($79,000) profit or more.**

Based on the Law I Jerry Worlds and Marilyn Bello **Grantees by Master Deed are entitled by Law to receive a Judgment asking for an amount of damages. I** Jerry Worlds base my **damages on the fact that I was not able to use my driveway for almost two years because Ms. Joceline Zenon DeLille was able to get the Court to issue an Injunction against I Jerry Worlds and Family my wife had to park her car in the street for almost two years that was a direct violation of my rights under the Law.** Ms. Joceline Zenon DeLille **called the Worcester Police on I Jerry Worlds and Family numerous times over two years claiming her rights to my driveway and she had no rights to my Land by Law those rights were given up by a previous owner.**

Ms. Joceline Zenon DeLille **would back her car into the back of my home attempting to back her car out of my yard doing damage to my home I have pictures.**

Ms. Joceline Zenon DeLille's **Real-Estate Agent William Callahan employed by Remax Advantage of 108 Grove Street in Worcester MA violated my Civil Rights As the (Grantee of 8 Coolidge Road Worcester MA by calling the (Worcester Police making demands that I get off my property so he could sell my driveway as a common driveway to an Eric Lang of Worcester MA.)** Mr. William Callahan gave a sworn **Affidavit to the Superior Court Department that he did call the (Worcester Police on I Jerry Worlds the Grantee of 8 Coolidge Road making demands.**

Page 4.

The rights of I Jerry Worlds and Marilyn Bello **Grantees by purchase of land from the Grantor Veterans Affairs of the United States of America have been violated by all parties in this case we hold the Master Deed to Land by Law and have control of Land at 8 Coolidge Road Worcester,MA 01602 by Law and Master Deed Lot 133.**

By looking at the Deed of Eric Lang the last paragraph ( Together with and subject to a right of way over the Northerly portion of said premises, ( **if still in force and effect,** )

This is not hard to understand who has the rights to 8 Coolidge Road by Deed and Law I Jerry Worlds do. **The Judge that handled this case made an error when he gave a Judgment to the Defendant Joceline Zenon DeLille.** In the language of both Deeds only one is given the rights to the land at 8 Coolidge and that is the **new Grantees of 8 Coolidge Road Worcester MA 01602.**

**The language is clear and easy to understand being ( said Solomon and Grantees and their heirs and assigns ).** This statement does not give any future reference to Solomon but to the Grantees of 8 Coolidge Road Worcester MA 01602. I will go on to explain.

Looking at the second page of the Deed of Jerry Worlds third paragraph. **Look at the wording ( Grantees and to the heirs or successors and assigns of said Grantees, forever.** This statement does not give any future reference to anyone other than the Grantees of 8 Coolidge Road Worcester MA 01602.

I told Mr. Potash, that in the 1980's when Ronald Reagan was the President of the United States I worked with the **Conservative Alliance** and I was told by Mr. Potash that I and Ronald Reagan were a joke, for years people like Mr. Potash have said and done things to me and have gotten away with it. Many years ago when I attended College in a social economics class the professor talked about people like Mr. Potash, they build up creditability in their community and over a period of time and think that they can say and do anything to whom they want.

As an analysis I can see that I am dealing with a **Conspiracy with parties involved in this case because there are parties trained and have professional degrees that say they understand the Laws and Real Estate Laws.** But none of the above can read and understand a simple Deed that gives the rights to the Grantees of the land they own.

On Thursday , April 03rd , 2003 I offered to Mr. Lang the opportunity to dissociate himself from this case signing a **Sworn Affidavit that he was making no claims to the land at 8 Coolidge Road Worcester MA 01602 owned by Jerry Worlds and Marilyn Bello Grantees of record.** But Mr. Lang contends that he purchased 4 Coolidge and the rights to land at lot 133 8 Coolidge Road and lot 133-A 4 Coolidge Road Worcester MA 01602 on 11/06/2002 at 10:51AM.

Page 5.

## REQUEST FOR DAMAGES BY THE COMPLAINANT

I Jerry Worlds have filed a complaint because all parties have conspired to violate my rights Howard J. Potash professional, Jocelyn Z. DeLille home owner, William Callahan professional, Remax Advantage professionals, Eric Lang home owner.

For more than 2 years I and my family have been harassed about our rights to the land that we purchased June 9th 2000 at 8 Coolidge Road Worcester MA by trained College professionals over elementary wording in two different Deeds that does not take a masters degree to decipher.

This is an example of how people all over the World think that they can violate the rights of their citizens and get away with it. We as citizens look to other nations to do the right thing for their citizens by some times using force.

There was a change of venue from the Worcester Superior Court to the Plymouth Superior Court at 72 Belmont Street Brockton MA 02301 by the Honorable Judge Ernest Murphy, J., the case was not heard in Worcester County. The Judge has misinterpreted my Deed giving rights to my land to Ms. Jocelyn Z. DeLille and a Judgment against I Jerry Worlds of 8 Coolidge Road Worcester MA 01602. This is an error on the part of the State of Massachusetts and the City of Worcester MA by Judge Ernest Murphy, J., of Plymouth Superior Court Brockton MA 02301.

This is a deliberate action by the State Court to deprive I Jerry Worlds of my rights and I ask that the Federal Court take action on this injustice against I Jerry Worlds and family based on the facts. There is no doubt that this is an injustice against me, an injustice against one American is an injustice to all Americans.

In this case people are trained professionals there is no excuse for any of these people to misinterpret the wording in the Deeds of 8 Coolidge Road and 4 Coolidge Road both of Worcester MA 01602. All parties in this case know that for more than 30 years at both properties, garages have not existed and no one that owns 4 Coolidge Road have the rights to the land at 8 Coolidge Road these are two separate lots 133 and 133-A I Jerry Worlds hold the Master lot of the two 133 based on City of Worcester records.

I Jerry Worlds request that the United States District Court order all said Defendants to pay the plaintiff Jerry Worlds for damages for the actions of all parties, compensatory damages of Five Million Dollars and punitive damages of Five Million Dollars for this injustice against I Jerry Worlds and family.

Page 6.

## C O N C L U S I O N

Looking at the Master Deed lot 133 BK-22670-PG-323 of Jerry Worlds and Marilyn Bello first page last paragraph the wording ( **said course, for the purpose of passing and re-passing from Coolidge Road to the ( Note - garages ) and respective adjoing premises ).**

Then looking at the second page first paragraph of the Master Deed BK-22670 PG-323 the wording **( Said premises are conveyed subject and together with easements, ( Note restrictions and agreements of record, ) if any, insofar as the same are in force and effect.**

Between May 6th 1971 and May 29th, 1986. In BK-5111 Page 485 second to last paragraph dated April 21st 1971. **Language in the Deed ( Subject to restrictions of record insoafar as the same are now in force and applicable.**

May 29th 1986 BK-9478 Page 379 the **Language changes to read ( if still in force and effect. Between May 6th 1971 and May 29th 1986.** Both property owners 8 Coolidge Road and 4 Coolidge Road Worcester MA **( gave up their ( Garages ).** By the owner of 4 Coolidge Road giving up its **( Garage )** they also gave up the right of **passing and re-passing from Coolidge Road per agreement in the master Deed. )**

Both garages were removed by mutual agreement by both parties removing the easement. both back yards are very small compared to the size of automobiles today. In the 1920's when the agreement was made people drove model T-Fords which fit each garage under each home 8 Coolidge Road and 4 Coolidge the **( garages were built small to fit the model T- automobiles of the 1920's this is why each home owner removed ( his garage ) with a mutual agreement then removing the easement.**

The sole purpose for the easement was for 4 Coolidge Road to be able to use its garage privilege to park their model T- automobile inside underneath the home. Each garage was underneath the homes of 8 Coolidge Road and 4 Coolidge Road.

It is perfectly clear that I Jerry Worlds should not suffer any losses over this matter because as I have stated between May 6th 1971 and May 29th 1986 there was an mutual agreement between the two home owners of 8 Coolidge Road lot 133 and 4 Coolidge Road lot 133-A to remove the garages and without garages there is no agreement or easement.

No one can make any claims to the land at 8 Coolidge Road the easement ended on or about May 29th 1986 by mutual agreement as stated in the Master Deed. **restrictions and agreements of record, if any, insofar as the SAME are in force and Effect.** The same means **Unchanged** and Effect means the impression produced by **artistic design** garages.

# 66951     QUITCLAIM DEED



The Secretary of Veterans Affairs, an Officer of the United States of America, whose address is c/o Loan Guaranty Officer, 275 Chestnut Street, Manchester, NH 03101-2411, hereinafter called Grantor, for consideration of
One Hundred Seventy Thousand Dollars
($ 170,000.00 ), the receipt of which is hereby acknowledged, grants to Jerry Worlds and Marilyn A. Bello
a married couple     of PO Box 16346, Worcester, MA 01601
as tenants by the entirety    , hereinafter called Grantee, the following-described property situated in    Worcester  ,  Worcester    County, in the Commonwealth of Massachusetts to wit:

The land with the buildings thereon situated in Worcester, Worcester County, Massachusetts being described as follows:

BEGINNING at a point on the easterly side of Coolidge Road, ninety-one and five tenths (91.5) feet northeasterly from the intersection of the said easterly line of Coolidge Road with the northerly line of Chandler Street, said point being four and two tenths (4.2) feet northeasterly from the beginning of a curve of 98 feet radius;

THENCE northeasterly by said easterly line of Coolidge Road by a curve to the right whose radius is ninety-five (95) feet, seventy-five and six tenths (75.6) feet to a point at land now or formerly of one Renker;

THENCE S. 36° 54' E. by land of said Renker one hundred two and ninety-nine hundredths (102.99) feet to a corner;

THENCE S. 53° 06' W. by land of the City of Worcester seven and thirty-eight hundred (7.38) feet to a corner;

THENCE by land of one Solomon N. 75' 07' W. ninety-five and nineteen hundredths (95.19) feet to the place of beginning.

Being part of Lot #133 as shown on plan of Newton dated April, 1925, drawn by H.L. Robinson for the O'Connell Real Estate Trust.

"Reserving and subject to a right of way, ten (10) feet wide, whose center is the last course in the above description, being a strip whose width is five (5) feet northerly of the line of said course and five (5) feet southerly of the line of said course, for the purpose of passing and repassing from Coolidge Road to the garages and respective adjoining premises of said Solomon and grantees and their heirs and assigns."

Said premises are conveyed subject to and together with easements, restrictions and agreements of record, if any, insofar as the same are in force and effect.

Being the same premises conveyed to the Grantor by deed dated February 15, 2000, and recorded on March 16, 2000, in the Worcester County Register of Deeds at Book 22409 Page 48.

TO HAVE AND TO HOLD the above-described property, together with all the improvements thereon and the rights, privileges, and appurtenances thereunto belonging, unto said Grantees and to the heirs or successors and assigns of said Grantees, forever.

Grantor and his successors in such office, as such, shall warrant and defend all said property unto said Grantees and the heirs or successors and assigns of said Grantees, against every person claiming or to claim the same or any part thereof,

IN WITNESS WHEREOF, Grantor, on this the 2nd day of June A.D. 2000, has caused this instrument to be signed and sealed in his name and on his behalf by the undersigned ~~Director~~/Loan Guaranty Officer, being thereunto duly appointed, qualified, and acting pursuant to sections 212 and 1820 of Title 38, United States Code, and sections 36:4342 and 36:4520 of the Regulations pursuant thereto, as amended, and who is authorized to execute this instrument.

Witness:

\* _Bethany A Thompson_

\* _Aame Sadde_

Togo D. West
The Secretary of Veterans Affairs

\*By _A. A. Snyder_
A. A. Snyder
\* ~~Director~~/Loan Guaranty Officer
of the US Department of Veterans Affairs
Regional Office, Manchester, NH, telephone
(603) 666-7527, pursuant to a delegation of
authority contained in VA Regulation (38 CFR,
Section 36.4342)

STATE OF NEW HAMPSHIRE } ss:
County of Hillsborough

On this 2 day of June, 2000, before me personally appeared A. A. Snyder, ~~Director~~/Loan Guaranty Officer of the Department of Veterans Affairs, to me known to be a person who executed the foregoing instrument in behalf of the Secretary of Veterans Affairs, and acknowledges that he executed the same as the free act and deed of said Secretary.

\* _____
Notary Public in and for State of NH

KENNETH R. BEAUDOIN
Notary Public / Justice of the Peace
My Commission Expires March 4, 2003

We, MICHAEL T. HEALY and IRENE P. HEALY, husband and wife,

of Worcester, Worcester County, Massachusetts

5111
485

~~being unmarried,~~ for consideration paid, and in full consideration of Five Thousand ($5000.00) and no/100 dollars

grants to IRENE P. HEALY,

of 4 Coolidge Road, Worcester, Massachusetts with quitclaim covenants

the land in Worcester, being the southerly part of lot 133, as shown on a plan of Newton, dated April 1925, drawn by H. L. Robinson for the
[Description and encumbrances, if any]
O'Connell Real Estate Trust, recorded with the Worcester Registry of Deeds, Plan Book 49, Plan 32, bounded and described as follows:

BEGINNING at the point of intersection of the northerly line of Chandler St. with the easterly line of Coolidge Rd.

THENCE N. 4° 22' E. by said easterly line of Coolidge Rd. eighty-seven and 3/10 (87.3) ft. to a point;

THENCE continuing on the easterly line of Coolidge Rd., by a curve whose radius is ninety-five (95) ft., four and 2/10 (4.2) ft. to a corner at land formerly of Anton Aksila;

THENCE S. 76° 8' E by other land formerly of said Anton Aksila, ninety-five and 19/100 (95.19) ft. to a corner;

THENCE S. 53° 6' W by land now or formerly of the City of Worcester, one hundred sixteen and 37/100 (116.37) ft. to a point on the northerly line of Chandler St.;

THENCE northwesterly by said northerly line of Chandler St., six and 75/100 (6.75) ft. to the place of beginning.

Subject to restrictions of record insofar as the same are now in force and applicable.

Being the same premises conveyed to Michael T. Healy et ux dated August 14, 1969 by deed of Benjamin Deneault and recorded with Worcester District Registry of Deeds, Book 4969, Page 361.

TOGETHER WITH and SUBJECT to a right of way over the Northerly portion of said premises, if still in force and effect, five (5) feet of which abuts the Northerly bound of the conveyed premises and five (5) feet of which is on contiguous property North of the conveyed premises.

MAY 6 1971
COMMONWEALTH OF MASSACHUSETTS
11.40

Witness ....our.... hand s and seal s this ........twenty-first.............. day of ........April..... 19 71

Michael T. Healy

The Commonwealth of Massachusetts

Worcester, ss. April 21, 19 71

MASSACHUSETTS QUITCLAIM DEED SHORT FORM (INDIVIDUAL)

9478 379

I, IRENE P. MYERS, formerly IRENE P. HEALY,

of Worcester,                                        Worcester   County, Massachusetts,

*being unmarried*, for consideration paid, and in full consideration of  $105,000.00

grant to BERNARD BONNE

of 4 Coolidge Rd., Worcester, MA 01602              with **quitclaim covenants**

~~the land in~~

The land in Worcester, being the southerly part of lot 133, as shown on a plan of Newton, dated April, 1925, drawn by H.L. Robinson for the O'Connell Realty Trust, recorded with the Worcester District Registry of Deeds, Plan Book 49, Plan 32, bounded and described as follows:
BEGINNING at the point of intersection of the northerly line of Chandler Street with the easterly line of Coolidge Road;
THENCE N. 4° 22' E. by said easterly line of Coolidge Road eighty-seven and three tenths (87.3) feet to a point;
THENCE continuing on the easterly line of Coolidge Road, by a curve whose radius is ninety-five (95) feet, four and two tenths (4.2) feet to a corner at land now or formerly of Raymond A. Harrity et ux;
THENCE S. 76° 7' E. by said Harrity land ninety-five and nineteen hundredths (95.19) feet to a corner;
THENCE S. 53° 6' W. by land now or formerly of the City of Worcester, one hundred sixteen and thirty-seven hundredths (116.37) feet to a point on the northerly line of Chandler Street;
THENCE northwesterly by said northerly line of Chandler Street six and seventy-five hundredths (6.75) feet to the place of beginning.
TOGETHER WITH AND SUBJECT TO a right of way over the Northerly portion of said premises, if still in force and effect, five (5) feet of which abuts the Northerly line of the conveyed premises and five (5) feet of which is on contiguous property North of the conveyed premises.

BEING the same premises conveyed to Irene P. Healy by deed of Michael T. Healy et ux dated 21 April, 1971 and recorded in Worcester District Registry of Deeds, Book 5111, Page 485.

**Witness** my........hand     and seal  this...29th............day of......May.....................19..86

....................................................................      ........Irene P. Myers.............................
                                                                        Irene P. Myers

**The Commonwealth of Massachusetts**

Worcester,          ss.                                        May 29,      19 86

Then personally appeared the above named Irene P. Myers

and acknowledged the foregoing instrument to be        her/   free act and deed before me

                                                       ........Wallace H. Myers............................
                                                       Wallace H. Myers  Notary Public — Justice of the Peace

                                                       My commission expires Oct. 20,        19 89

(*Individual — Joint Tenants — Tenants in Common.*)

Every deed presented for record
and a recital of the amount of the
for a specific monetary sum. The t
encumbrances assumed by the grar
Failure to comply with this sectio
it is in compliance with the require

ffice address of the grantee
n therefor, if not delivered
deduction for any liens or
orded as part of the deed.
a deed for recording unless

# 8 COOLIDGE RD

Parcel map showing:
- 14-042-00065: 5750 sf, 0.132 ac
- 14-042-00064: 9433 sf, 0.2166 ac
- 14-042-00137: 5974 sf, 0.1371 a
- 14-042-00136: 5974 sf, 0.1371 ac
- 14-042-00135: 6283 sf, 0.1442 ac
- 14-042-00134: 5974 sf, 0.1371 ac
- 14-042-00133: 4247 sf, 0.0975 ac
- 14-042-0133A: 4266 sf, 0.0979 ac

Streets: COOLIDGE RD, CHANDLER ST




Produced by:
The City Manager's Office of
Planning and Community Development
Worcester, Massachusetts
Sep. 22, 2000



| | | | 6 - 009 |
|---|---|---|---|
| **RENEY BROTHERS, INC.** <br> **REGISTERED SURVEYORS** <br> P.O. BOX 434 <br> WORCESTER, MA. 01613-0434 <br> 1-508-852-5203 <br> 1-508-853-2913 FAX | MORTGAGE INSPECTION PLAN. No other use intended. | | |
| | NAME __JOCELINE DELILLE__ | | |
| | LOCATION __4 COOLIDGE ROAD__ <br> __WORCESTER, MA__ | | |
| REGISTRY __WORCESTER__ | SCALE __1" = 20'__ | DATE __JUNE 5, 1996__ | |

Deed book/page __9478 - 379__

Plan book/page __49 - 32__

We certify that the building(s) are not within the SPECIAL FLOOD HAZARD AREA. See HUD Map

__15 A__ dtd __8 - 15 - 80__

Based upon documentation provided, required measurements were made of the frontage and building(s) delineated on this MORTGAGE INSPECTION PLAN. In our judgement, all visible easements are shown and there are no violations of zoning requirements regarding structure to property line offsets. NOTE: Not defined are aboveground pools, driveways, or sheds with no foundations. This is a MORTGAGE INSPECTION PLAN; not an instrument survey. Do not use to erect fences; other ancillary structures, or to plant shrubs. Location of the structure(s) shown hereon is either in compliance with local zoning for property line offset requirements, or is exempt from violation enforcement action under Mass. G.L. Title VII, Chap. 40A, Sec. 7, unless otherwise noted. This certification is non-transferable. The above certifications are made with the provision that the information provided is accurate and that the monuments used are accurately located in relation to the property lines.

Flood hazard zone has been determined by scale and is not necessarily accurate. Until definitive plans are issued by HUD and/or a vertical control survey is performed, precise elevations cannot be determined.



Thursday, April 03, 2003

Eric Lang
4 Coolidge Road
Worcester MA 01602

Jerry Worlds and Marilyn Bello
8 Coolidge Road
Worcester MA 01602

To: Mr. Anthony J. Vigliotti
Register of Deeds
2 Main Street
Worcester MA 01608     Re: Deed BK-22670 PG-323

# SWORN AFFIDAVIT OF ERIC LANG

1. My name is Eric Lang I live at 4 Coolidge Road Worcester MA 01602.

2. I purchased Land at 4 Coolidge Road on September 30th 2002

3. I purchased the Land from the seller Joceline Zenon DeLille of 4 Coolidge Road Worcester MA 01602.

4. I Eric Lang under this Sworn Affidavit making no claims to the Master Deed of Jerry Worlds and Marilyn Bello of 8 Coolidge Road Worcester MA 01602 of the **Same agreement of Renker and Solomon of Record Dated 1925 Master Deed of 8 Coolidge Road Worcester MA 01602 of Worcester City Records.**

5. I Eric Lang agree that Lot 133 by City of Worcester records is owned by Jerry Worlds and Marilyn Bello of 8 Coolidge Road Worcester MA 01602 and that I Eric Lang claim no rights to that land by Master Deed BK-22670 PG-323.

6. I Eric Lang agree that Lot 133A by City of Worcester records is owned by 1 Eric Lang of 4 Coolidge Road Worcester MA 01602 and that I Eric Lang Claim no rights to the land by the Master Deed of 8 Coolidge Road Worcester MA 01602 of Jerry Worlds and Marilyn Bello Grantees of record.

Signed: Eric Lang                                     Dated

Signed: Jerry Worlds & Marilyn Bello          Dated

## QUITCLAIM DEED

I, JOCELINE ZENON f/k/a JOCELINE Z. DELILLE
of Worcester, Worcester County, Massachusetts,
being unmarried, for consideration paid, and in full consideration of ONE HUNDRED FIFTY-ONE
THOUSAND AND 00/100 ($151,000.00)

grant to ERIC LANG

of   P.O. BOX 656
     CLINTON, MA 01510

With quitclaim covenants,

The land in Worcester, being the southerly part of lot 133, as shown on a plan of Newton, dated
April 1, 1925, drawn by H.L. Robinson for the O'Connell Realty Trust, recorded with the
Worcester District Registry of Deeds, Plan Book 49, Plan 32, bounded and described as follows:

BEGINNING at the point of intersection of the northerly line of Chandler Street with the easterly
line of Coolidge Road;

THENCE N. 4° 22' E. by said easterly line of Coolidge Road eighty seven and three tenths (87.3)
feet to a point;

THENCE continuing on the easterly line of Coolidge Road, by a curve whose radius is ninety five
(95) feet, four and two tenths (4.2) feet to a corner of land now or formerly of Raymond A. Harrity
et ux;

THENCE S. 76° 7' E. by said Harrity land ninety five and nineteen hundredths (95.19) feet to a
corner;

THENCE S. 53° 6' W. by land now or formerly of the City of Worcester, one hundred sixteen and
thirty seven hundredths (116.37) feet to a point on the northerly line of Chandler Street;

THENCE northwesterly by said northerly line of Chandler Street six and seventy-five hundredths
(6.75) feet to the place of beginning.

Together with and subject to a right of way over the Northerly portion of said premises, if still in
force and effect, five (5) feet of which is on contiguous property North of the conveyed premises.

Locus: Y Coolidge Rd., Worcester

Please Return To:
Hillary Denver, Esq.
6 Jenney Circle
Acton, MA 01720

WORCESTER
DEEDS REG 20
WORCESTER
11/06/02 10:51AM
000000 #9087
FEE  $688.56
CASH $688.56

JS 44
(Rev. 07/86)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Jerry Worlds<br>8 Coolidge Road<br>Worcester MA 01602 | Eric Lang et al<br>4 Coolidge Road<br>Worcester MA 01602 |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jerry Worlds-Pro-Se
508-791-8696

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN ✗ IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN ✗ IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Unlawful Land Grabbing

## V. NATURE OF SUIT (PLACE AN ✗ IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 630 Liquor Laws | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 863 DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 530 Habeas Corpus | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 540 Mandamus & Other | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 550 Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | |

## VI. ORIGIN (PLACE AN ✗ IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $** $5-Million

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE  April 4, 2003

SIGNATURE OF ATTORNEY OF RECORD  *Jerry Worlds*

ATTACHMENT #3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Jerry Worlds__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
             *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?      YES ☐     NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)      YES ☐     NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                              YES ☐     NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?      YES ☐     NO ☐

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).      YES ☐     NO ☐
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? -
   (SEE LOCAL RULE 40.1(D)).      YES ☐     NO ☐

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?      YES ☒     NO ☐
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? __Same__

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? _____

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION: YES ☐ NO ☐     OR WESTERN SECTION: YES ☐ NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Jerry Worlds Pro Se__
ADDRESS __8 Coolidge Road Worcester MA 01602__
TELEPHONE NO. __508-791-8696__

(Categform.rev - 3/97)